FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2018
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Joe Murl Douglas <br> Defendant. | Case No.: CR 16-623-PSG <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District of CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release], and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __ongoing substance abuse;__ __instant allegations__

1
2
3      and/or
4  B.  (✓) The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7      finding is based on __substance abuse; criminal history__
8
9
10
11
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: __3/15/18__            __/s/ Karen E. Scott__
17                               KAREN E. SCOTT
                                  UNITED STATES MAGISTRATE JUDGE